IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JASON DARNELL GRAY,

    Defendant.

Case No. 3:02cr43

JUDGE WALTER H. RICE

---

ENTRY DISMISSING INITIAL (DOC. #29) AND AMENDED (DOC. #32) PETITION DIRECTING DEFENDANT TO SHOW CAUSE WHY HIS SUPERVISED RELEASE SHOULD NOT BE REVOKED, AND PROCEEDING ON SECOND AMENDED PETITION (DOC. #34); ADMISSIONS ENTERED BY DEFENDANT THERETO; SUPERVISED RELEASE REVOKED, AND DEFENDANT SENTENCED WITH NO PERIOD OF SUPERVISED RELEASE TO FOLLOW; RIGHT OF APPEAL EXPLAINED AND UNDERSTOOD; TERMINATION ENTRY

---

On June 12, 2013, the Defendant appeared in open Court for final disposition on a Petition directing him to show cause why his supervised release, a status that began November 18, 2010, should not be revoked. Pursuant to the suggestion of the Court, to which neither counsel objected, this Court dismissed the Initial (Doc. #29) and Amended (Doc. #32) Petition, and elected to proceed on the Second Amended Petition (Doc. #34). Following the Defendant's admissions to all allegations set forth in the Second Amended Petition, the Court found the Defendant in violation of his supervised release which began November 18, 2010, revoked same and remanded the Defendant to the custody of the Attorney General of the United States, the Bureau of Prisons, for a period of 18 months on both Counts One and Two, said 18-month

sentence is to be served concurrently with each other, but consecutively to the state sentence the Defendant ultimately serves in the Commonwealth of Kentucky.

Following the above, the Defendant was explained his right of appeal, and he indicated an understanding of same.

The captioned cause is ordered terminated upon the docket records of the United States District Court for the Southern District of Ohio.

June 24, 2013

WALTER H. RICE
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of record